3/30/15

69,265-01

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 06 2015

Abel Acosta, Clerk

To: Whom it May Concern
Court of criminal Appeals
ATTN: Presiding Judge

I Am writing this letter to seek your Assistance or advice in helping me to regain A New trial or time cut Because I don't No How to read or write or No Anything About The LAW please understand I Need Help Because I was told by My Attorney Not to take the stand to show of Judgment I Told Him to get Blood sample, Bodily fluid, pubic Hair or Anything Else which can be tested in order to prove I did Not committed this crime of conviction so please I Ask for A request for An Appointed Attorney to Help me Appeal this case and Help with something called A Habeas corpus to regain my freedom back please I don't Have Anyone who could Help me out My mother was Helping But she Had passed Away trying to seek Help on this case No. F-03-73033 MK from criminal District court No4 out of DALLAS by 05-04-00841-CR 133 N. River Front Blvd DALLAS county Texas 75207. I was sentenced to Life in T.D.C.J so Now It is very bad To Have Aggravated sexual Assault of A child in this place Look I Am not A Violent man At All I Am Asking to Look Into this case for Help And you will see I Have action At case of poor choices by My Layer I've been Locked up Alot of years Now of calender years I Have Lost My grandmother and mother and others ma'am or ser is there Anyway you can Help me file A writ of Habeas corpus? or can you find Someone who could Help me in my case

I Thank you in advance And pray that you Help me with My request concerning A pert of May Life

Fredrick Williams #1248822